DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Jacobs<br><br>Case Below:<br>174 N.C. App. 627 | No. 702P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-1499)<br><br>2. Def's PWC to Review the Decision of the COA | 1. Denied 01/26/06<br><br>2. Denied 01/26/06 |
| State v. Johnson<br><br>Case Below:<br>173 N.C. App. 642 | No. 631P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-29) | Denied 01/26/06 |
| State v. Jordan<br><br>Case Below:<br>174 N.C. App. 479 | No. 711P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1380) | Denied 01/26/06 |
| State v. Lawson<br><br>Case Below:<br>173 N.C. App. 270 | No. 543P05 | 1. AG's PDR Under N.C.G.S. § 7A-31 (COA04-564)<br><br>2. AG's Petition for Writ of Supersedeas | 1. Denied 01/26/06<br><br>2. Denied 01/26/06 |
| State v. LeGrande<br><br>Case Below:<br>Stanly County<br>Superior Court | No. 462A01-11 | 1. Def's PWC<br><br>2. Def's Motion for Civil Claim Against the State for Malicious and Deliberate Erroneous Convictions and Sentence of Death in Capital Case 95CRS567, 847 | 1. Denied 01/26/06<br><br>2. Dismissed 01/26/06 |
| State v. Ley<br><br>Case Below:<br>173 N.C. App. 642 | No. 628P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-267) | Denied 01/26/06 |
| State v. Locklear<br><br>Case Below:<br>174 N.C. App. 840 | No. 013P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1577) | Denied 01/26/06 |
| State v. Martin<br><br>Case Below:<br>174 N.C. App. 628 | No. 665P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-366) | Dismissed 01/26/06 |
| State v. Mason<br><br>Case Below:<br>174 N.C. App. 206 | No. 654P05 | 1. Def-Appellant's NOA Under N.C.G.S. § 7A-30 (COA04-1565)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA04-1476) | 1. —<br><br>2. Allowed 01/26/06<br><br>3. Denied 01/26/06 |